**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL CASE NO. 3:26-cv-00545-GNS**

SABAH MAHDI SALIH                                                                       PETITIONER

v.

MARKWAYNE MULLIN, Secretary of the U.S.
Department of Homeland Security;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD BLANCHE, Acting Attorney General of the
United States; FRANK PADULA, Director of the Chicago
Field Office of U.S. Immigration and Customs
Enforcement; and JEFF TINDAL, Warden, Oldham
County Detention Center, in their official capacities                                    RESPONDENTS

## ORDER

Upon joint motion of the parties to remand/cancel the hearing in this matter and the Court

being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED; accordingly, the Zoom

hearing previously scheduled for July 27, 2026 [DN 4] is cancelled.

**Greg N. Stivers, Judge**
**United States District Court**
July 22, 2026